IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 2:11-CR-012-RWS-SSC |
| RONALD BAFILE | | |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**[1]

The defendant, Ronald Bafile, by consent, has appeared before me and has entered a plea of guilty to **COUNTS ONE (1), TWO (2), and THREE (3)** of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such offenses. I, therefore, recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

DATED this  25th  day of  August , 2011.

*Susan S. Cole*
SUSAN S. COLE
UNITED STATES MAGISTRATE JUDGE

---

[1] **Failure to file written objections to this Report and Recommendation within *FOURTEEN (14) days* after service of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**