# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,    :
          :
    v.           :
          :
RONALD BAFILE,        :     CRIMINAL ACTION NO.
          :     2:11-CR-00012-RWS
    Defendant.      :
          :
          :

## ORDER

The Court has received the Magistrate Judge's Report and Recommendation [24] filed August 25, 2011.  This Report and Recommendation finds the Defendant's plea of guilty to have been knowingly and voluntarily made and finds that the charge(s) to which the plea is entered is supported by an independent basis in fact establishing each of the essential elements of the offense.  The Magistrate Judge recommends that the plea be accepted and the Defendant be adjudged guilty and sentence imposed accordingly.  There has been no objection made to the Report and Recommendation .

Pursuant to Rule 11, Federal Rules of Criminal Procedure, the Report and Recommendation is hereby adopted and made the Order of this court.  The plea of guilty of the Defendant to Count One, Two and Three of the Indictment, is hereby accepted, and the Defendant is hereby adjudged guilty of said offense(s). Sentence is hereby scheduled for the  6th  day of January, 2012, at 9:30 a.m. in the Third Floor Courtroom , United States Courthouse and Federal Building, 121 Spring Street, S.E., Gainesville, Georgia.

The Clerk is **DIRECTED** to serve a copy of this Order upon the Defendant, the Defendant's attorney, the United States attorney, the United States Probation Office, and the United States Marshal.

**SO ORDERED** this   5th   day of October, 2011.

**RICHARD W. STORY**
United States District Judge

2